**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Wm R. Wilson, Jr.** |
| **counsel: John Ray White** | **Court Reporter: C. Newburg** |
| **counsel:** | **Courtroom Deputy: M. Johnson** |
| | **Interpreter:** |
| **vs** | **USPO: K. Lawson** |
| | |
| **TOMICA WOODS** | **Date: September 8, 2008** |
| **counsel: Lisa Peters** | |
| | **CASE NO. 4:07CR00130-02-WRW** |

**SENTENCING MINUTES**

**Begin: 2:26 p.m.**                                                                                                                 **End: 2:45 p.m.**

**Court finds ( ) grounds - ( ) 5k1.1 ( X ) other ( X ) no grounds: for departure**

**SUPERVISED RELEASE:**                                                                                            **PROBATION: 3 YEARS**

**SPECIAL CONDITIONS OF SUPERVISED RELEASE OR PROBATION:**
( X ) **Defendant shall participate, if deemed necessary by the probation officers, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment and shall abstain from the use of alcohol throughout the course of any treatment.**
( X ) **6 months residential re-entry program**
(    ) **Defendant shall participate as directed in mental health treatment as directed by USPO.**
(    ) **Mandatory drug testing shall apply.**
(    ) **Supervised release is to be administered by the district where the defendant is a legal resident and/or the district where a suitable release plan has been developed.**
(    ) **Financial Disclosure.**
( X ) **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**
(    ) **Defendant remanded into custody of U.S. Marshal.**
( X ) **Appeal right.**

**PSR adopted; forfeiture allegation dism'd from superseding information.**

**Fine:**        _____N/A_____        **To be paid:**_____
**Restitution:** _____N/A_____        **To be paid:** _____
**Special Assessment:**\_\_\_$100.00_____        **To be paid:** _____Immediately_____