IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                    4:07CR00130-02-WRW

TOMICA WOODS

ORDER

The above entitled cause came on for a hearing on July 30, 2009, the Honorable William R. Wilson, presiding, on the Motion to Revoke the Probation of the defendant, Tomica Woods. After reviewing the matter before the Court, the Motion to Revoke is DENIED. Ms. Woods' term of Probation is modified to add home confinement with the use of electronic monitoring for a term of ninety (90) days. The defendant shall contribute to the cost of electronic monitoring to the extent that the defendant is deemed capable by the probation office. The previously ordered terms and conditions of Ms. Woods Probation remain in full force and effect.

Ms. Woods is remanded into the custody of the U.S. Marshal and is to be detained until the electronic monitoring can be installed. She will be released to the modified conditions of Probation after the installation of the electronic monitoring.

IT IS SO ORDERED this 30th day of July, 2009.

                                          /s/Wm. R. Wilson, Jr.
                                  UNITED STATES DISTRICT JUDGE

supvrdny.jdg.wpd